IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 07-60877-CIV-Cohn/Snow

ESTELLA ROSENFIELD

      Petitioner,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY BUREAU OF
IMMIGRATION & CUSTOMS ENFORCEMENT,
and JON DOBRE, DIRECTOR/WARDEN
OF BROWARD TRANSITIONAL CENTER

      Respondents.
_____/

## ORDER ON PETITIONER'S MOTION TO STAY

  This Cause coming before the Court on Petitioner Estella Rosenfield's Motion To Stay the Case and having reviewed the Motion and having been fully advised therein, it is hereby:

  ORDERED AND ADJUDGED that said motion is GRANTED. This case is stayed and all deadlines are stayed for a period of five (5) days effective beginning Friday, July 27, 2007. This stay will expire on Thursday August 2nd, 2007.

  DONE AND ORDERED on this __31st__ day of __July__, 2007.

          _____
          U.S. District Court Judge